UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO BRAMBILA, | Case No. SACV 15-1516-JLS (KK) |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JOE LIZARRAGA, | |
| Respondent. | |

Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered: (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

DATED: April 19, 2016

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE