JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO BRAMBILA, | Case No. SACV 15-1516-JLS (KK) |
| Petitioner, | JUDGMENT |
| v. | |
| JOE LIZARRAGA, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED the Petition is denied and this action is dismissed with prejudice.

DATED: April 19, 2016

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE